**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 201 MM 2018

                    Respondent   :

                    v.   :

VICTOR DAVID CARRASQUILLO,   :

                    Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of February, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.